IVY HILL PARK APARTMENTS AND OUTSTATE REALTY CORPORATION v. NEW JERSEY PROPERTY LIABILITY INSURANCE GUARANTY ASSOCIATION.

February 17, 1988.

Petition for certification denied. (See 221 *N.J.Super.* 131)

WHS REALTY COMPANY v. THE TOWN OF MORRISTOWN.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROYAL WALTERS.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY YOUNG.

February 17, 1988.

Petition for certification denied.